UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 22-CR-01766-W |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO CONTINUE |
| SHAKIRAH MONAE VILLAFANE, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue the Status is GRANTED. The Status Hearing currently scheduled for March 13, 2023, at 9:00 a.m. is rescheduled to May 15, 2023, at 9:00 a.m

**IT IS FURTHER ORDERED** that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(D) due to pending motions, and 18 U.S.C. § 3161(h)(7) as a failure to grant a continuance would result in a miscarriage of justice and would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties agree that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, as it is necessary to enable Ms. Villafane to be considered for diversion. Moreover, defense counsel needs additional time to conduct investigation that may aid the defense. 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

DATED: 3/1/23

By: _____
Honorable Thomas J. Whelan
United States District Judge