# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAKIRAH MONAE VILLAFANE,<br><br>Defendant. | CASE NO.:  22-CR-01766-W<br><br>Hon. Thomas J. Whelan<br>Courtroom 3C<br><br>ORDER TO CONTINUE<br>STATUS HEARING |

Upon joint motion of the parties, IT IS HEREBY ORDERED that the Status Hearing currently scheduled for July 10, 2023, be continued to **August 28, 2023, at 9:00 a.m.**

IT IS FURTHER ORDERED that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(D) due to pending motions and 18 U.S.C. § 3161(h)(7).

IT IS SO ORDERED.

DATED: __7/5/23__

**HONORABLE THOMAS J. WHELAN**
United States District Judge