

1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA
10
11 | UNITED STATES OF AMERICA                    Case No.: 22-cr-01766-MMP
12 |                              Plaintiff,
                                                 **JUDGMENT AND ORDER OF**
13 | v.                                          **DISMISSAL**
14 | Shakirah Monae VILLAFANE,
15 |                              Defendant.
16
17
18
19    Upon motion of the UNITED STATES OF AMERICA and good cause appearing,
20 the Information in the above entitled case is dismissed with prejudice, the bond is
21 exonerated and, if held by U.S. Pretrial Services, Defendant's passport is to be released to
22 Defendant.
23
24    **IT IS SO ORDERED**.
25 Dated:  October 17, 2024                     _____
26                                              HON. MICHELLE M. PETTIT
                                                United States Magistrate Judge
27
28